## AFFIDAVIT OF SERVICE

INDEX #: 21-CV-2581
DATE FILED: 5/10/2021
ATTORNEY: JOSEPH & KIRSCHENBAUM LLP
32 BROADWAY SUITE #601 NEW YORK NY 10004 (212)688-5640

JOB #: 403209

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

HEATHER GRAY,
Plaintiff(s)

- against -

AMERICAN PARKINSON DISEASE ASSOCIATION,
Defendant(s)

STATE OF NEW YORK:
COUNTY OF ALBANY: ss:

STEF MARIE, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on 05/12/2021, 04:00PM at 99 WASHINGTON AVENUE, 6TH FLOOR, ALBANY, NEW YORK 12231, deponent served a **SUMMONS IN A CIVIL ACTION AND COMPLAINT, DEMAND FOR JURY TRIAL** upon AMERICAN PARKINSON DISEASE ASSOCIATION, INC. S/H/A AMERICAN PARKINSON DISEASE ASSOCIATION, a defendant in the above captioned matter.

Deponent served **COLLEEN BANAHAN**, a person authorized by the **NEW YORK Secretary of State** to accept service of process, with **2** copies of the above described papers and the statutory fee of $40.00 pursuant to section 306 of the NY NOT-FOR-PROFIT LAW.

DEPONENT DESCRIBES THE INDIVIDUAL SERVED AS FOLLOWS:
Sex F   Approximate age 40   Approximate height 5'06"   Approximate weight 285   Color of skin WHITE   Color of hair GRAY

Sworn to before me on 05/13/2021
JILL DOCHERTY  NO. 01DO6373180
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES ON APRIL 2, 2022

x _S. marie_
STEF MARIE

SERVING BY IRVING INC.
233 BROADWAY SUITE #2201 NEW YORK, NY 10279 (212)233-3346